AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Rawsthorne Telephone: (810) 766-5177
Special Agent: Thompson, FBI Telephone: (810) 239-5775

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Corwin Dennis Gutenschwager,

Case No. 4:26-mj-30636
Judge: Ivy, Curtis
Filed: 10-08-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 30, 2026-October 6, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | sex trafficking of a minor |
| 18 U.S.C. § 2251 | Sexual exploitation of children |

This criminal complaint is based on these facts:
There is probable cause to believe that Corwin Dennis Gutenschwager violated 18 U.S.C. § 1591, sex trafficking of a minor and 18 U.S.C. § 2251 relating to sexual exploitation of children.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Thompson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: October 8, 2026

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ). I have been so employed since March 2024. I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law. I have been involved with several investigations regarding child pornography and the

exploitation of children through the internet. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Corwin Dennis Gutenschwager for violations of 18 U.S.C. § 1591, sex trafficking of a minor and 18 U.S.C. § 2251, relating to sexual exploitation of children.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

4. On September 22, 2026, the FBI received a National Center for Missing and Exploited Children (NCMEC) Cybertip related to suspected child exploitation and/or human trafficking. Block Inc. reported multiple peer to peer money transfers through CashApp from account, drumminguy**, attributed to Corwin Gutenschwager, date of birth (DOB) XXXXXX, 1978, to CashApp accounts

attributed to MV1, whose identity is known to the FBI and has a date of birth of 05/XX/2009. The reported transactions occurred between February 7, 2026, and April 16, 2026. Block Inc. reported that Gutenschwager made a total of 21 money transfers through CashApp to MV1, for a total of $839.00. The transactions ranged from $5 to $100 and occurred during the evening or nighttime hours. Within the NCMEC Cybertip, Corwin Gutenschwager was also identified to utilize an alias of Cory.

5. On October 6, 2026, The FBI located and identified MV1 within the Eastern District of Michigan. MV1 confirmed the CashApp accounts "*****momma***" and "babyaus****" previously attributed to MV1 belonged to her. MV1 disclosed that an individual known to her as Cory originally contacted her through social media. Following social media interaction, Cory met with MV1 on multiple occasions in person, transporting MV1 to a hotel in Flint, Michigan, in a gray four-door Dodge Ram Truck. Cory subsequently paid MV1 money through CashApp in exchange for sexual intercourse. Cory also paid MV1 money through CashApp in exchange for pornographic images and videos of herself. MV1 confirmed she was 17 years old when she met with Cory. MV1 explained she communicated with Cory through Telegram, and by telephone. MV1 identified Cory's telephone number as 734-320-XXXX. MV1 identified Cory's Telegram

display name as "C G" and Telegram username as "Drumminguy**." MV1 described Cory as a heavy-set white male, with a goatee. MV1 stated Cory knew she was seventeen years old because MV1's sister confronted him after she found out they were exchanging money for sexual intercourse. By utilizing Telegram to arrange commercial sex acts, paying in CashApp, and using a hotel for the commercial sex acts means that the commercial sex acts were in and affecting interstate commerce.

6. MV1 showed the FBI a Telegram chat conversation between her and Cory that began on September 20, 2026, and was ongoing as of October 6, 2026. Within the Telegram Chat conversation, MV1 describes sending pornographic files to Cory and Cory subsequently paying MV1 money in exchange for the files. There were also discussions within the Telegram Chat conversation identifying video calls between MV1 and Cory that were pornographic in nature. Below are two images captured from the Telegram conversation between MV1 and Cory:






7. A records search verified that Corwin Dennis Gutenschwager, DOB XXXX, 1978, was registered to XXXX Road, Lapeer, Michigan. A records search also attributed telephone number, 734-320-XXXX, with Gutenschwager.

8. On October 8, 2026, The FBI executed a search warrant at XXXX Road, Lapeer, Michigan. At the time the search warrant was executed, Gutenschwager was identified and located within the residence.

9. Following the execution of the search warrant, Gutenschwager was interviewed, and provided a post-Miranda statement. Gutenschwager verified his telephone number was 734-320-XXXX, he lived at XXXX Road, Lapeer, Michigan, and he was employed as a high school teacher through Lapeer Public Schools for the

past 25 years. Gutenschwager utilized multiple emails, including drumminguyXX@gmail.com. Gutenschwager banks through Chase Bank, has an open Paypal Account, a closed Venmo Account, and a closed CashApp Account. Gutenschwager had the Telegram Application installed on his phone. Gutenschwager gave consent for the FBI to search his phone and his Telegram account. Gutenschwager provided the passcode to his device. Gutenschwager subsequently admitted to meeting between two and five females over the past year and paying them money in exchange for sexual intercourse. Gutenschwager stated he paid between $200 and $20 for sexual intercourse. Gutenschwager would utilize hotels in Flint, Michigan to have sexual intercourse with the girls and pay them in cash. Gutenschwager additionally paid the females money through electronic peer to peer money transfers, including CashApp for pornographic images and videos of themselves. Gutenschwager explained that the females he met for the purposes of prostitution were over 18 years old. Gutenschwager stated that one of the females, "XXX" he met for the purposes of prostitution, later identified as MV1, explained she was 18. Gutenschwager explained the girls could have potentially been under the age of 18, explaining "it's always possible" and "I didn't check ID."

10. I retrieved Gutenschwager's telephone. The device was accessed with Gutenschwager, who directed me to the Telegram Application. Upon opening the

Telegram Application, I verified the display name as "C G" and the username was "drumminguy**." I was able to locate and identify the Telegram conversation between Gutenschwager and MV1. Gutenschwager additionally identified a separate conversation between himself and MV1. Gutenschwager identified an image of MV1 within the chat conversation as the individual known to him as XXX."

11. I conducted a follow up review of Gutenschwager's cell phone and located pornographic images of MV1 within the Telegram conversations that meet the federal definition of child pornography. The earliest pornographic file of MV1 on Gutenschwager's cell phone had a timestamp of January 30, 2026, making MV1 16 years old at the time the file was sent. Prior to the pornographic file of MV1 being sent, Gutenschwager and MV1 agreed on $55 in exchange for two videos.

12. Based on the aforementioned facts, there is probable cause to believe that Corwin Dennis Gutenschwager has violated 18 U.S.C. § 1591, sex trafficking of a minor and 18 U.S.C. § 2251 relating to sexual exploitation of children.

Justin M. Thompson
Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means on October 8, 2026.

Hon. Patricia T. Morris
United States Magistrate Judge